| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **ARTHUR G. NEWTON**<br>**1502 North Broadway**<br>**Santa Ana, CA 92706-3907**<br>**714-560-8300 Fax: 7147-560-8303**<br>California State Bar Number: **180075 CA**<br>**artnewton@earthlink.net**<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**DANIEL TIEN TRAN**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 4 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 8-31-2026 ______________________ Signature of Debtor 1

Date: ______________________ Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 8-31-2026 ______________________ Signature of Attorney for Debtor (if applicable)