| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **ARTHUR G. NEWTON**<br>**1502 North Broadway**<br>**Santa Ana, CA 92706-3907**<br>**714-560-8300 Fax: 7147-560-8303**<br>**180075 CA**<br>**artnewton@earthlink.net**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DANIEL TIEN TRAN<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, ~~or not employed.~~

Date: 8-31-2026 DANIEL TIEN TRAN
Printed name of Debtor 1
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ______________ ______________

Printed name of Debtor 2 Signature of Debtor 2

**NAM CHAU INC.**
HYB SHOP ASIA LUXURY LIFESTYLE
14282 BROOKHURST ST , SUITE 6
GARDEN GROVE, CA 92843

Bank of America

Westminster, CA 92683

10179

DATE 06/30/2026

PAY TO THE ORDER OF Daniel Tien Tran

AMOUNT $**796.64

Seven Hundred Ninety-Six and 64/100 ******************************************************************Dollars

Daniel Tien Tran
8900 Bolsa Ave. Ste C
Westminster, CA 92683

⑈10179⑈ ⑆121000358⑆ 325146126714⑈

| | |
|---|---|
| Employee: Daniel Tien Tran<br>SSN: XXX-XX-XXXX<br>W/H Status: 2019 Federal: 0-Single + $0.00; State: CA: 0-Single or Married (2 incomes) + $30.00<br>Check Number: 10179<br>Check Date: 6/30/2026 Period Begin: 6/16/2026 Period End: 6/30/2026 | Employer: NAM CHAU INC.<br>HYB SHOP ASIA LUXURY LIFESTYLE<br>14282 BROOKHURST ST , SUITE 6<br>GARDEN GROVE, CA 92843 |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 12000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 12000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 630.54 |
| Soc Sec Tax | 62.00 | 744.00 |
| Medicare Tax | 14.50 | 174.00 |
| State Inc Tax | 41.69 | 320.28 |
| CA SDI | 13.00 | 156.00 |
| TOTAL DEDUCTIONS | 203.36 | 2024.82 |
| **NET PAY** | 796.64 | 9975.18 |

| | |
|---|---|
| Employee: Daniel Tien Tran<br>SSN: XXX-XX-XXXX<br>W/H Status: 2019 Federal: 0-Single + $0.00; State: CA: 0-Single or Married (2 incomes) + $30.00<br>Check Number: 10179<br>Check Date: 6/30/2026 Period Begin: 6/16/2026 Period End: 6/30/2026 | Employer: NAM CHAU INC.<br>HYB SHOP ASIA LUXURY LIFESTYLE<br>14282 BROOKHURST ST , SUITE 6<br>GARDEN GROVE, CA 92843 |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 12000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 12000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 630.54 |
| Soc Sec Tax | 62.00 | 744.00 |
| Medicare Tax | 14.50 | 174.00 |
| State Inc Tax | 41.69 | 320.28 |
| CA SDI | 13.00 | 156.00 |
| TOTAL DEDUCTIONS | 203.36 | 2024.82 |
| **NET PAY** | 796.64 | 9975.18 |

**NAM CHAU INC.**
HYB SHOP ASIA LUXURY LIFESTYLE
14282 BROOKHURST ST , SUITE 6
GARDEN GROVE, CA 92843

Bank of America
Westminster, CA 92683

10182

DATE 07/15/2026

PAY TO THE ORDER OF Daniel Tien Tran

AMOUNT $**796.64

Seven Hundred Ninety-Six and 64/100 ********************************************************************Dollars

Daniel Tien Tran
8900 Bolsa Ave. Ste C
Westminster, CA 92683

⑈10182⑈ ⑆121000358⑆ 325146126714⑈

| | |
|---|---|
| Employee: Daniel Tien Tran<br>SSN: XXX-XX-XXXX<br>W/H Status: 2019 Federal: 0-Single + $0.00; State: CA. 0-Single or Married (2 incomes) + $30.00<br>Check Number: 10182<br>Check Date: 7/15/2026 Period Begin: 7/1/2026 Period End: 7/15/2026 | Employer: NAM CHAU INC.<br>HYB SHOP ASIA LUXURY LIFESTYLE<br>14282 BROOKHURST ST , SUITE 6<br>GARDEN GROVE, CA 92843 |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 13000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 13000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 702.71 |
| Soc Sec Tax | 62.00 | 806.00 |
| Medicare Tax | 14.50 | 188.50 |
| State Inc Tax | 41.69 | 361.97 |
| CA SDI | 13.00 | 169.00 |
| TOTAL DEDUCTIONS | 203.36 | 2228.18 |
| **NET PAY** | 796.64 | 10771.82 |


| | |
|---|---|
| Employee: Daniel Tien Tran<br>SSN: XXX-XX-XXXX<br>W/H Status: 2019 Federal: 0-Single + $0.00; State: CA. 0-Single or Married (2 incomes) + $30.00<br>Check Number: 10182<br>Check Date: 7/15/2026 Period Begin: 7/1/2026 Period End: 7/15/2026 | Employer: NAM CHAU INC.<br>HYB SHOP ASIA LUXURY LIFESTYLE<br>14282 BROOKHURST ST , SUITE 6<br>GARDEN GROVE, CA 92843 |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 13000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 13000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 702.71 |
| Soc Sec Tax | 62.00 | 806.00 |
| Medicare Tax | 14.50 | 188.50 |
| State Inc Tax | 41.69 | 361.97 |
| CA SDI | 13.00 | 169.00 |
| TOTAL DEDUCTIONS | 203.36 | 2228.18 |
| **NET PAY** | 796.64 | 10771.82 |

**NAM CHAU INC.**
HYB SHOP ASIA LUXURY LIFESTYLE
14282 BROOKHURST ST , SUITE 6
GARDEN GROVE, CA 92843

Bank of America
Westminster, CA 92683

10185

DATE 07/31/2026

PAY TO THE ORDER OF Daniel Tien Tran

AMOUNT: $**796.64

Seven Hundred Ninety-Six and 64/100 ******************************************************************Dollars

Daniel Tien Tran
8900 Bolsa Ave. Ste C
Westminster, CA 92683

⑈10185⑈ ⑆121000358⑆ 325146126714⑈

| | |
|---|---|
| Employee<br>Daniel Tien Tran<br>SSN<br>XXX-XX-XXXX<br>Check Number<br>10185<br>Check Date 7/31/2026 · Period Begin 7/16/2026 · Period End 7/31/2026<br>W/H Status<br>2019 Federal: 0-Single + $0.00<br>State: CA: 0-Single or Married (2 incomes) + $30.00 | Employer<br>NAM CHAU INC.<br>HYB SHOP ASIA LUXURY LIFESTYLE<br>14282 BROOKHURST ST , SUITE 6<br>GARDEN GROVE, CA 92843 |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 14000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 14000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 774.88 |
| Soc Sec Tax | 62.00 | 868.00 |
| Medicare Tax | 14.50 | 203.00 |
| State Inc Tax | 41.69 | 403.66 |
| CA SDI | 13.00 | 182.00 |
| TOTAL DEDUCTIONS | 203.36 | 2431.54 |
| **NET PAY** | 796.64 | 11568.46 |


| | |
|---|---|
| Employee<br>Daniel Tien Tran<br>SSN<br>XXX-XX-XXXX<br>Check Number<br>10185<br>Check Date 7/31/2026 · Period Begin 7/16/2026 · Period End 7/31/2026<br>W/H Status<br>2019 Federal: 0-Single + $0.00<br>State: CA: 0-Single or Married (2 incomes) + $30.00 | Employer<br>NAM CHAU INC.<br>HYB SHOP ASIA LUXURY LIFESTYLE<br>14282 BROOKHURST ST , SUITE 6<br>GARDEN GROVE, CA 92843 |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 14000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 14000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 774.88 |
| Soc Sec Tax | 62.00 | 868.00 |
| Medicare Tax | 14.50 | 203.00 |
| State Inc Tax | 41.69 | 403.66 |
| CA SDI | 13.00 | 182.00 |
| TOTAL DEDUCTIONS | 203.36 | 2431.54 |
| **NET PAY** | 796.64 | 11568.46 |

**NAM CHAU INC.**
HYB SHOP ASIA LUXURY LIFESTYLE
14282 BROOKHURST ST , SUITE 6
GARDEN GROVE, CA 92843

Bank of America
Westminster, CA 92683

10188

DATE 08/17/2026

PAY TO THE ORDER OF Daniel Tien Tran

AMOUNT $**796.64

Seven Hundred Ninety-Six and 64/100 *******************************************************************Dollars

Daniel Tien Tran
8900 Bolsa Ave. Ste C
Westminster, CA 92683

⑈10188⑈ ⑆121000358⑆ 325146126714⑈

Employee
Daniel Tien Tran
SSN
XXX-XX-XXXX
W/H Status
2019 Federal: 0-Single + $0.00
State: CA 0-Single or Married (2 incomes) + $30.00
Check Number
10188
Check Date 8/17/2026 | Period Begin 8/1/2026 | Period End 8/15/2026

Employer
NAM CHAU INC.
HYB SHOP ASIA LUXURY LIFESTYLE
14282 BROOKHURST ST , SUITE 6
GARDEN GROVE, CA 92843

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 15000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 15000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 847.05 |
| Soc Sec Tax | 62.00 | 930.00 |
| Medicare Tax | 14.50 | 217.50 |
| State Inc Tax | 41.69 | 445.35 |
| CA SDI | 13.00 | 195.00 |
| TOTAL DEDUCTIONS | 203.36 | 2634.90 |
| **NET PAY** | 796.64 | 12365.10 |

Employee
Daniel Tien Tran
SSN
XXX-XX-XXXX
W/H Status
2019 Federal: 0-Single + $0.00
State: CA: 0-Single or Married (2 incomes) + $30.00
Check Number
10188
Check Date 8/17/2026 | Period Begin 8/1/2026 | Period End 8/15/2026

Employer
NAM CHAU INC.
HYB SHOP ASIA LUXURY LIFESTYLE
14282 BROOKHURST ST , SUITE 6
GARDEN GROVE, CA 92843

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 1000.00 | 15000.00 |
| TOTAL GROSS PAY | | | 1000.00 | 15000.00 |

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 72.17 | 847.05 |
| Soc Sec Tax | 62.00 | 930.00 |
| Medicare Tax | 14.50 | 217.50 |
| State Inc Tax | 41.69 | 445.35 |
| CA SDI | 13.00 | 195.00 |
| TOTAL DEDUCTIONS | 203.36 | 2634.90 |
| **NET PAY** | 796.64 | 12365.10 |